**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Berton Siegel,               )<br>                                      )<br>        Petitioner,          )<br>                                      )<br>vs.                              )<br>                                      )<br>James McFadden; et al.,  )<br>                                      )<br>        Respondents.      )<br>_____) | No. CV 05-988-PHX-JAT<br><br>**ORDER** |

    Pending before the Court is the Report and Recommendation (Doc. #14) issued by the Magistrate Judge recommending that the Petition in this case be dismissed for lack of jurisdiction because the Petitioner was not in custody at the time the Petition was filed. No objections to the Report and Recommendation were filed.

    This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1126 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28

1 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the
2 [report and recommendation] to which objection is made.").

3 No objections having been filed,

4 **IT IS ORDERED** that the Report and Recommendation (Doc. #14) is accepted and
5 adopted, the Petition in this case is dismissed for lack of jurisdiction and the Clerk of the
6 Court shall enter judgment accordingly.

7 DATED this 10th day of November, 2005.

*[signature]*
James A. Teilborg
United States District Judge